## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**CHRISTINE D. TINGLE**                                    **PLAINTIFF**

**v.**                                    **CIVIL NO. 1:18cv149-HSO-JCG**

**MERCHANTS & MARINE BANK**                                    **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 4th day of December, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE